STATE OF NEW JERSEY, DEPARTMENT OF LAW AND PUBLIC
SAFETY, DIVISION OF MOTOR VEHICLES v. CYNTHIA
K. BIGHAM.

February 7, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. NEAL MURRAY.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROY T. BRISENDINE.

February 7, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROY T. BRISENDINE.

February 7, 1989.

Cross-petition for certification denied.